UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERONE ALLEN HUFFMAN-KING,

    Plaintiff,

Case No. 1:07-cv-19

v.

HON. JANET T. NEFF

KENNETH T. McKEE,

    Defendant.
_____/

## FINAL ORDER

Consistent with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the objections (Dkt 41) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 40) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to the issues asserted.


DATED: March 2, 2010                      /s/ Janet T. Neff
                                                                   JANET T. NEFF
                                                                   United States District Judge